UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| In re: Mortgage Foreclosure Cases | Misc. No. 11-mc-88-M-LDA |

## REQUEST TO DISBURSE RETAINER OVERPAYMENTS

In each of the below cases, parties have submitted to the Special Master retainer payments in excess of the amount billed. Therefore, the Special Master requests permission to disburse these excess payments in the amounts referenced from the Fee Billing Escrow account in which they are now held.

**CA 10-483**  **Houey v. GMAC Mortgage Corporation et al**
The sum of $30 to Prince Lobel Tye, LLP, as attorneys for GMAC Mortage Corporation, and the sum of $30 to Prince Lobel Tye, LLP, as attorneys for Federal National Mortgage Association.

**CA 11-097**  **DelDeo et al v. Option One Mortgage Corporation et al**
The sum of $140 to Mindy Montecalvo, as attorney for Anthony Deldeo and Kristen Knapp.

**CA 11-124**  **Rodriguez v. Mortgage Electronic Registration Systems, Inc. et al**
The sum of $200 to Guaetta & Benson, LLC, as attorneys for Kondaur Capital Corporation.

**CA 11-284**  **Rivera et al v. Option One Mortgage Corporation et al**
The sum of $140 to Mindy Montecalvo, as attorney for William Rivera and Evelyn Rivera.

**CA 11-300**  **Pagliaro v. Mortgage Electronic Registration Systems et al**
The sum of $140 to Mindy Montecalvo, as attorney for Donald Pagliaro.

1

CA 11-306    **Rodriguez v. Mortgage Electronic Registration Systems, Inc. et al**
The sum of $100 to Hinshaw & Culbertson, LLP, as attorneys for American Home Mortgage Servicing, Inc., and $100 to Hinshaw & Culbertson, LLP, as attorneys for Wells Fargo Bank.

CA 11-358    **Guerra v. Mortgage Electronic Registration Services, Inc. et al**
The sum of $140 to Mindy Montecalvo, as attorney for Cheryl Guerra.

CA 11-425    **Lima et al v. Mortgage Electronic Registration Systems, Inc. et al**
The sum of $140 to Edwards Wildman Palmer, LLP, as attorneys for Mortgage Electronic Registration Systems, Inc.

CA 11-436    **Nguon et al v. Mortgage Electronic Registration Systems, Inc. et al**
The sum of $140 Partridge, Snow & Hahn, LLP, as attorneys for US Bank, N.A.

CA 11-549    **Worldwind Properties, LLC v. Fidelity Bancorp Funding, Inc. et al**
The sum of $140 Goodman, Shapiro & Lombardi, LLC, as attorneys for Ralph Vacca.

CA 11-614    **Silva et al v. Wells Fargo Bank, NA et al**
The sum of $140 to Mindy Montecalvo, as attorney for Luciano Silva and Maria Silva

CA 11-660    **Ruhling et al v. Mortgage Electronic Registration Systems, Inc. et al**
The sum of $140 to Mindy Montecalvo, as attorney for Christopher Ruhling and Jennifer Ruhling.

CA 12-004    **Fontaine et al v. Mortgage Electronic Registration Systems, Inc. et al**
The sum of $140 to Mindy Montecalvo, as attorney for Michael Fontaine and Tina Fontaine.

CA 12-009    **Rampini v. Mortgage Electronic Registration Systems, Inc. et al**
The sum of $140 to Mindy Montecalvo, as attorney for Glenn Rampini.

CA 12-028    **Pearl et al v. Mortgage Electronic Registration Systems, Inc. et al**
The sum of $110 Eckert, Seamans, Cherin & Mellott, LLC, as attorneys for Metlife Home Loans.

CA 12-029    **Lee v. Washington Mutual Bank, FA et al**
The sum of $100 to Mindy Montecalvo, as attorney for Judith Lee.

| | |
|---|---|
| CA 12-060 | **Studley v. Mortgage Electronic Registration Systems, Inc. et al**<br>The sum of $140 to Mindy Montecalvo, as attorney for Susan Studley. |
| CA 12-075 | **DeJesus v. Mortgage Electronic Registration Systems et al**<br>The sum of $10 to Todd Dion, as attorney for Jose DeJesus. |
| CA 12-077 | **DeLeon v. Mortgage Electronic Registration Systems, Inc. et al**<br>The sum of $110 to John Ennis, as attorney for Valeria DeLeon. |
| CA 12-118 | **Stanley v. Mortgage Electronic Registration Systems et al**<br>The sum of $140 to Orlans Moran, PLLC, as attorneys for Aurora Bank, FSB. |
| CA 12-188 | **Zagroski et al v. Mortgage Electronic Registration Systems, Inc. et al**<br>The sum of $140 to Mindy Montecalvo, as attorney for Michael Zagroski and Wendy Zagroski. |
| CA 12-201 | **Miozzi v. Mortgage Electronic Registration Systems, Inc. et al**<br>The sum of $140 to Mindy Montecalvo, as attorney for Catherine Miozzi. |
| CA 12-223 | **Luff v. Mortgage Electronic Registration Systems, Inc. et al**<br>The sum of $140 to Mindy Montecalvo, as attorney for Carol Luff. |
| CA 12-286 | **Ford v. The Bank Of New York Mellon**<br>The sum of $10 to Keven McKenna, as attorney for Andrew Ford. |
| CA 12-264 | **Fonseca et al v. Mortgage Electronic Registration Systems, Inc.**<br>The sum of $110 to Prince Lobel Tye LLP, as attorneys for Federal National Mortgage Association. |
| CA 12-290 | **Altieri et al v. Mortgage Electronic Registration Systems, Inc. et al**<br>The sum of $140 to Mindy Montecalvo, as attorney for Donald Altieri and Sharon Altieri. |
| CA 12-385 | **Lamothe et al v. Mortgage Electronic Registration Systems, Inc. et al**<br>The sum of $140 to Mindy Montecalvo, as attorney for Kevin Lamothe and Dawn Lamothe. |
| CA 12-391 | **Kolaski v. Federal Home Loan Mortgage Corporation**<br>The sum of $140 to Mindy Montecalvo, as attorney for Casimir Kolaski. |
| CA 12-419 | **Mendez v. Mortgage Electronic Registration Systems, Inc. et al**<br>The sum of $80 to John Ennis, as attorney for Victor Mendez. |

CA 12-422    **Cuevas v. Mortgage Electronic Registration Systems et al**
             The sum of $110 to Todd Dion, as attorney for Catalino Cuevas.

CA 12-438    **Meas v. PM & S, LLC et al**
             The sum of $420 to Orlans Moran, PLLC, as attorneys for Waterfall Victoria Mortgage Trust 2011-SBC1.

CA 12-502    **Burke et al v. Mortgage Electronic Registration Services, Inc. et al**
             The sum of $140 to Mindy Montecalvo, as attorney for Janice Burke and Christopher Burke, Jr.

CA 12-522    **Desnoyers et al v. Mortgage Electronic Registration Systems, Inc. et al**
             The sum of $140 to Mindy Montecalvo, as attorney for Peter Desnoyers and Deborah Desnoyers.

CA 12-539    **Dejesus et al v. Mortgage Electronic Registration Systems et al**
             The sum of $10 to Todd Dion, as attorney for Angel DeJesus and Barbara DeJesus.

CA 12-555    **Card et al v. Mortgage Electronic Registration Systems, Inc. et al**
             The sum of $140 to Mindy Montecalvo, as attorney for Dena Card and Robert James.

CA 12-666    **Steele v. Federal National Mortgage Association et al**
             The sum of $40 to John Ennis, as attorney for Sharon Steele.

CA 12-679    **Pena et al v. Mortgage Electronic Registration Systems, Inc. et al**
             The sum of $140 LeClairRyan, as attorneys for Mortgage Electronic Registration Systems, Inc., and the sum of $110 to LeClairRyan, as attorneys for Wells Fargo Bank, N.A.

CA 12-699    **Griffee v. National City Mortgage Co. et al**
             The sum of $140 to Mindy Montecalvo, as attorney for Kent Griffee.

CA 12-734    **Samayoa et al v. JP Morgan Chase Bank, National Association et al**
             The sum of $110 to Todd Dion, as attorney for Hilda Samayoa and Steven Monge.

CA 12-843    **Rafael v. Franklin American Mortgage Co. et al**
             The sum of $110 to John Ennis, as attorney for Daniel Rafael and Irma Rafael.

| | |
|---|---|
| CA 12-872 | **Larracuente v. U.S. Bank National Association et al**<br>The sum of $140 to Orlans Moran, PLLC, as attorneys for Rushmore Loan Management Services, LLC. |
| CA 12-911 | **Gonzalez v. Mortgage Electronic Registration Systems et al**<br>The sum of $140 to Salter McGowan Sylvia & Leonard, Inc., as attorneys for Mortgage Electronic Registration Systems. |
| CA 13-004 | **Hidalgo et al v. Federal National Mortgage Association et al**<br>The sum of $40 to John Ennis, as attorney for Raymond Hidalgo and Flor Torres. |
| CA 13-038 | **Gallagher v. Asset Management West 10, LLC et al**<br>The sum of $30 to John Ennis, as attorney for Lisa Gallagher. |
| CA 13-053 | **Munoz v. Barclays Capital Real Estate, Inc. et al**<br>The sum of $320 to John Ennis, as attorney for Maria Munoz. |
| CA 13-059 | **Carrasco et al v. Mortgage Electronic Registration Systems et al**<br>The sum of $30 to Todd Dion, as attorney for Maria Ortega and Jose Ortega. |
| CA 13-082 | **Tinkham et al v. JPMorgan Chase Bank, N.A.**<br>The sum of $110 to Keven McKenna, as attorney for James Tinkham and Kathleen Tinkham. |
| CA 13-122 | **Woodward v. Option One Mortgage Corporation et al**<br>The sum of $140 to Mindy Montecalvo, as attorney for Robin Woodward. |
| CA 13-235 | **Macintosh v. Wells Fargo Bank, NA**<br>The sum of $10 to Keven McKenna, as attorney for Araminta Macintosh. |
| CA 13-241 | **Cote et al v. Mortgage Electronic Registration Systems, Inc. et al**<br>The sum of $140 to Mindy Montecalvo, as attorney for Susan Cote and Robert Cote. |
| CA 13-249 | **Almonte v. Nationstar Mortgage, LLC et al**<br>The sum of $60 to John Ennis, as attorney for Pedro Almonte. |
| CA 13-308 | **Enriquez v. PNC Bank, NA et al**<br>The sum of $110 to John Ennis, as attorney for Kendal Enriquez. |

| | |
|---|---|
| **CA 13-381** | **Pacheco v. Mortgage Electronic Registration Services, Inc. et al**<br>The sum of $520 to Morgan, Lewis & Bockius LLP, as attorneys for Mortgage Electronic Registration Systems, MERSCORP Holdings, Inc., and JP Morgan Chase Bank, N.A. |
| **CA 13-543** | **Brown v. Mortgage Electronic Registration Systems, Inc. et al**<br>The sum of $140 to Morgan, Lewis & Bockius LLP, as attorney for Mortgage Electronic Registration Systems, and the sum of $140 to Morgan, Lewis & Bockius LLP, as attorney for HSBC Bank USA, N.A. |
| **CA 13-693** | **Degasparre et al v. HSBC Mortgage Corporation et al**<br>The sum of $10 to John Ennis, as attorney for Gerald Degasparre. |

Respectfully submitted,


_*Barbara Hurst*_____     _7/7/2014_____
Barbara Hurst                                                                         Date
Deputy Special Master


IT IS SO ORDERED.

_____         _7/7/14_____
John J. McConnell, Jr.                                                         Date
United States District Judge

6